UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LARENE HINTON AND THE JAMES ROGER ELLIOTT'S HEIRS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| RENNE WHITTENTON, SANDRA BROADWELL PAYE, CHRISTOPHER CARR, ALFREDIA WATERS, and DERICK WATERS, | ) ) ) ) ) | 5:23-CV-98-BO-BM |
| Defendants, | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the M&R [DE 61] is ADOPTED in its entirety. The motions to dismiss at [DE 14, 24, and 41] are GRANTED. Any claims by plaintiff on behalf of The James Roger Elliott's Heirs are DISMISSED. All remaining motions [DE 9, 32, 39, 46, 50, 53] are DENIED AS MOOT. Plaintiffs amended and supplemented complaint is DISMISSED

This case is closed.

**This judgment filed and entered on March 22, 2024, and served on:**
Larene Hinton (via U.S. Mail to 1994 Groveland Ave., North Charleston, S.C. 29405)
Elizabeth O'Brien (via CM/ECF NEF)
Christopher Carr (via U.S. Mail to P.O. Box 10, Lillington, N.C. 27546)
Elisa Salmon (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

March 22, 2024

/s/ Lindsay Stouch
By: Deputy Clerk